GRANTED
Judge Edward J. Davila

Todd C. Harshman (SBN 240942)
GROTEFELD HOFFMANN
655 Montgomery Street, Suite 1220
San Francisco, California 94111
tharshman@ghlaw-llp.com
Telephone: 415.344.9670
Facsimile: 415.989.2802

David D. Lin (to be admitted *pro hac vice*)
Roberto Ledesma (to be admitted *pro hac vice*)
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY  11201
david@iLawco.com
roberto@iLawco.com
Telephone: 718.243.9323
Facsimile: 718.243.9326

Attorneys for Plaintiffs
MICHAEL TIERRA
EAST WEST SCHOOL OF PLANETARY HERBOLOGY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TIERRA, an individual; EAST WEST SCHOOL OF PLANETARY HERBOLOGY, <br><br>          Plaintiffs, <br><br>     vs. <br><br> JADE SHUTES, an individual; EWSHAS LLC, <br><br>          Defendants. | Civil Action No.: 5:16-cv-01572-EJD <br><br> **NOTICE OF DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs MICHAEL TIERRA and EAST WEST SCHOOL OF PLANETARY HERBOLOGY dismiss this action, in its entirety, without prejudice.

1
2        Defendants JADE SHUTES and EWSHAS LLC have not been served with process, and
3   have not filed an answer or motion for summary judgment. Plaintiffs have not dismissed any
4   other action based on or including the same claim or claims as those presented in this action.
5
6   Dated: June 26, 2016                                    **GROTEFELD HOFFMANN**
7
8                                               */s/ Todd Harshman*
9
                                           TODD HARSHMAN
10                                             655 Montgomery Street, Suite 1220
                                           San Francisco, CA 94111
11                                             tharshman@ghlaw-llp.com
                                           Attorneys for Plaintiff LEXINGTON
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL